**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    19-10189 |
| Plaintiff-Appellee, | D.C. No. 3:17-cr-08127-JJT-1 |
| v. | |
| SHAUN GUI HALE, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John J. Tuchi, District Judge, Presiding

Submitted December 11, 2019**

Before:     WALLACE, CANBY, and TASHIMA, Circuit Judges.

Shaun Gui Hale appeals from the district court's judgment and challenges

his guilty-plea conviction and 84-month sentence for domestic assault by

strangling or suffocation, in violation of 18 U.S.C. §§ 113(a)(8) and 1153.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Hale's counsel has filed a

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. The court has considered Hale's letter dated October 25, 2019, which we treat as a pro se supplemental opening brief. No answering brief had been filed.

Hale waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.** Hale's pro se motion for appointment of counsel is **DENIED.**

**DISMISSED.**